**ORIGINAL**

1  WRIGHT & L'ESTRANGE
   John H. L'Estrange, Jr. (Bar No. 049594)
2  jlestrange@wllawsd.com
   401 West A Street, Suite 2250
3  San Diego, CA 92101-8103
   Phone (619) 231-4844
4  Fax     (619) 231-6710

5  KELLEY DRYE & WARREN LLP
   Donna L. Wilson (Bar No. 186984)
6  Marla Kanemitsu (Bar No. 220703)
   Veronica D. Gray (Pro Hace Vice application pending)
7  3050 K Street, N.W., Suite 400
   Washington, D.C. 20007
8  Telephone: (202) 342-8400
   Facsimile: (202) 342-8451
9
   Attorneys for Defendant
10 LERNER NEW YORK, INC., IMPROPERLY
   PLEADED AS NEW YORK & COMPANY, INC.
11

FILED
08 APR 28 PM 3:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated, | '08 CV 766 LAB NLS<br><br>CASE NO.: |
| Plaintiff, | |
| v. | **DECLARATION OF CHARLES WOODWORTH IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |
| NEW YORK & COMPANY, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

I, Charles Woodworth, hereby testify and declare as follows:

1. I am over the age of eighteen and am competent to testify to and have personal knowledge of the matters contained herein.

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON DC 20007

C:\NY&CO-REMOVAL DECL.DOC

ORIGINAL

2.   I am employed by Lerner New York, Inc. ("Lerner") as Director of Store Operations. As part of my job duties, I am familiar with Lerner's processing of sales transactions, including credit card transactions.

3.   Based upon my personal knowledge, information, and belief, Lerner operates various retail stores in California. Through these stores, Lerner processes more than 5,001 credit card transactions in California each year, including in the year prior to March 25, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of April, 2008.

[signature]

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-

C:\NY&CO-REMOVAL DECL.DOC

- 2 -