ORIGINAL

1  WRIGHT & L'ESTRANGE
   John H. L'Estrange, Jr. (Bar No. 049594)
2  jlestrange@wllawsd.com
   401 West A Street, Suite 2250
3  San Diego, CA 92101-8103
   Phone (619) 231-4844
4  Fax     (619) 231-6710

5  KELLEY DRYE & WARREN LLP
   Donna L. Wilson (Bar No. 186984)
6  Marla H. Kanemitsu (Bar No. 220703)
   Veronica D. Gray (Will Apply Pro Hac Vice)
7  3050 K Street, NW, Suite 400
   Washington, DC 20007
8  Phone (202) 342-8400
   Fax (202) 342-8451
9
   Attorneys for Defendant
10 LERNER NEW YORK, INC., IMPROPERLY
   PLEADED AS NEW YORK & COMPANY INC.
11

FILED
08 APR 28 PM 3:33
[U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA]
DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK & COMPANY INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: '08 CV 766 LAB NLS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the cause; I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: 401 West A Street, Suite 2250, San Diego, California 92101.

On April 28, 2008, I caused to be served the following document(s):

///

CERTIFICATE OF SERVICE

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007

1. **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT;**

2. **DECLARATION OF CHARLES WOODWARD IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT.**

by placing a copy of each document in an envelope addressed to the addressee as follows:

| | |
|---|---|
| James M. Lindsay, Esq.<br>Gene J. Stonebarger, Esq.<br>Richard D. Lambert, Esq.<br>LINDSAY & STONEBARGER<br>a Professional Corporation<br>620 Coolidge Drive, Suite 225<br>Folsom, CA 95630<br>Ph: 916-294-0002<br>Fax: 916-294-0012<br><br>Attorneys for Plaintiffs | James R. Patterson, Esq.<br>Cary A. Kinkead, Esq.<br>HARRISON PATTERSON & O'CONNOR<br>402 West Broadway, Suite 1905<br>San Diego, CA 92101<br>Ph: 619-756-6990<br>Fax: 619-756-6991<br><br>Attorneys for Plaintiffs |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 28, 2008 at San Diego, California.

*Terry E. Dumas*
Terry E. Dumas

///
///
///
///
///
///
///
///

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007