WRIGHT & L'ESTRANGE
John H. L'Estrange, Jr. (Bar No. 049594)
jlestrange@wllawsd.com
401 West A Street, Suite 2250
San Diego, CA 92101-8103
Phone (619) 231-4844
Fax    (619) 231-6710

KELLEY DRYE & WARREN LLP
Donna L. Wilson (Bar No. 186984)
Marla H. Kanemitsu (Bar No. 220703)
Veronica D. Gray (Will Apply Pro Hac Vice)
3050 K Street, NW, Suite 400
Washington, DC 20007
Phone (202) 342-8400
Fax (202) 342-8451

Attorneys for Defendant
LERNER NEW YORK, INC., IMPROPERLY
PLEADED AS NEW YORK & COMPANY INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK & COMPANY INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 08 CV 766 LAB NLS<br><br>**NOTICE OF STANDING ORDER** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

///

///

///

///

1  PLEASE TAKE NOTICE that the above-reference case is assigned to Judge Larry A.
2  Burns, and it is subject to Judge Burns' STANDING ORDER IN CIVIL CASES, which may be
3  found on the website for the United States District Court for the Southern District of California:
4  http://www.casd.uscourts.gov/index.php?page=chambers-rules

7  Dated: May 1, 2008            Respectfully submitted,
8                                KELLEY DRYE & WARREN LLP
                                          and
9                                WRIGHT & L'ESTRANGE

11  By: s/John H. L'Estrange, Jr.
           John H. L'Estrange, Jr.

13  Attorneys for Defendant
    LERNER NEW YORK, INC., IMPROPERLY
    PLEADED AS NEW YORK & COMPANY,
14  INC.

# CERTIFICATE OF SERVICE

### Johnson v. New York & Company, Inc.
U.S. District Court, Southern District, Case No. 08 CV 766 LAB NLS

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address if 401 West A Street, Suite 2250, San Diego, CA 92101; and that I served the below-named persons the following documents:

### NOTICE OF STANDING ORDER

in the following order:

1. ____By personally delivering copies to the person served.

2. ____By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge.

3. ____By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4. _X_ By placing a copy in a separate envelope, with postage fully prepaid, for only those persons as indicated below and depositing each in the U.S. Mail at San Diego, California, on the date of this declaration.

   The addressee(s) is (are) as follows:

   James M. Lindsay, Esq.
   Gene L. Stonebarger, Esq.
   Richard D. Lambert, Esq.
   LINDSAY & STONEBARGER
   a Professional Corporation
   620 Coolidge Drive, Suite 225
   Folsom, CA 95630

   Attorneys for Plaintiffs

5. ___ By placing a copy in a separate Federal Express envelope, addressed to the addressee(s) named below. I am readily familiar with t he practice of this firm for the collection and processing of correspondence for mailing by Federal Express. Pursuant to this practice, correspondence would be deposited in the Federal Express box located at 401 West A Street, Suite 2250, San Diego, California 92101, in the ordinary course of business on the date of this declaration.

6. ____By transmitting the document(s) via facsimile on the date of this declaration to only those persons as indicated below and that the transmission facsimile machine is (619) 231-6710.

///

///

- 3 -

1  7.  _X_ By transmitting the document(s) via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below.

The addressee(s) is (are) as follows:

    James R. Patterson, Esq.
    Cary A. Kinkead, Esq.
    HARRISON PATTERSON & O'CONNOR
    402 West Broadway, Suite 1905
    San Diego, CA 92101

    Attorneys for Plaintiffs

I declare that I am a member of the bar of this court at whose direction the service was made. Executed on May 1, 2008.

                /s/ John H. L'Estrange, Jr.

- 4 -