1  WRIGHT & L'ESTRANGE
   John H. L'Estrange, Jr. (Bar No. 049594)
2  jlestrange@wllawsd.com
3  401 West A Street, Suite 2250
   San Diego, CA  92101-8103
4  Phone (619) 231-4844
   Fax    (619) 231-6710
5

6  KELLEY DRYE & WARREN LLP
   Donna L. Wilson (Bar No. 186984)
7  Marla H. Kanemitsu (Bar No. 220703)
   Veronica D. Gray (*Pro Hac Vice*)
8  3050 K Street, N.W., Suite 400
   Washington, D.C.  20007
9  Phone (202) 342-8400
10 Fax (202) 342-8451

11 Attorneys for Defendant
   LERNER NEW YORK, IMPROPERLY PLEADED
12 AS NEW YORK & COMPANY, INC.

13

14              **UNITED STATES DISTRICT COURT**
15              **SOUTHERN DISTRICT OF CALIFORNIA**

16
   LESLIE JOHNSON, on behalf of
17 herself and all others similarly          CASE NO.:  08-cv-766-LAB-NLS
   situated,
18
19              Plaintiff,                    **NOTICE OF MOTION AND MOTION
                                              TO DISMISS OR, ALTERNATIVELY,
20      v.                                    TO STRIKE**

21 NEW YORK & COMPANY INC., a               Date:        July 7, 2008
22 Delaware Corporation; and DOES 1         Time:        11:15 a.m.
   through 50, inclusive,                   Courtroom:   9
23
24              Defendants.

25

26     PLEASE TAKE NOTICE that on July 7, 2008 at 11:15 a.m. in Courtroom

27 no. 9 of the above-entitled Court located at 940 Front Street, San Diego, CA

28                                   -1-

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC  20007-5108

CASE NO: 08-cv-766-LAB-NLS

NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE

1  92101-8900, Defendant Lerner New York, improperly pleaded as New York &
2  Company, Inc. ("Defendant" or "NY & Co."), will and does move this Court:

3      1.    Pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the
4  first cause of action on the grounds that it fails to state a cause of action upon
5  which relief can be granted under California Civil Code § 1747.08 ("Section
6  1747.08"), because the Complaint fails to allege that the alleged "request" for
7  Plaintiff's personal information was made "as a condition to accepting the credit
8  card as payment in full or in part for goods or services," as Section 1747.08
9  requires.

10     2.    Pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the
11 second cause of action on the grounds that Plaintiff lacks standing and/or has
12 failed to state a cause of action upon which relief can be granted under California
13 Business and Professions Code § 17200 because (a) the underlying claim under
14 Section 1747.08 fails to allege that the alleged "request" for Plaintiff's personal
15 information was made "as a condition to accepting the credit card as payment in
16 full or in part for goods or services," as Section 1747.08 requires; and (b) Plaintiff
17 fails to allege a legally cognizable injury-in-fact.

18     3.    Pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the
19 third cause of action on the ground that Plaintiff lacks standing and/or has failed
20 to state a cause of action upon which relief can be granted under or common law
21 invasion of privacy because the Complaint fails to allege (a) a legally cognizable
22 injury-in-fact; and (b) an invasion into "private" matters that is "highly
23 offensive," as required by California common law.

24     4.    Alternatively, pursuant to Federal Rules of Civil Procedure 12(f) and
25 23(d), to strike the class allegations on the grounds that the putative class is
26 overbroad.

27
28

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-5108

-2-

CASE NO: 08-cv-766-LAB-NLS
NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE

1        This motion will be based on the notice of motion, and motion the

2    memorandum of points and authorities, and the arguments that will be made at

3    the hearing.

4    DATED: May 5, 2008          KELLEY DRYE & WARREN LLP

5                                and

6               WRIGHT & L'ESTRANGE

7               Attorneys for Defendant

8               LERNER NEW YORK,
                IMPROPERLY PLEADED AS NEW

9               YORK & COMPANY, INC.

10

11              By: /s/ John L'Estrange, Jr
                    John H. L'Estrange, Jr.

12                  jlestrange@wllawsd.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-5108

CASE NO: 08-cv-766-LAB-NLS

NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE

**CERTIFICATE OF SERVICE**

**LESLIE JOHNSON v. NEW YORK & COMPANY, et al.**

**U.S. District Court, Southern District, Case No.: 08-cv-00766-LAB-NLS**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is 401 West A Street, Suite 2250, San Diego, California 92101; and that I served the below-named persons the following documents:

**NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE**

in the following manner:

1. _____     By personally delivering copies to the person served.

2. _____     By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge.

3. xx \_\_\_\_     By placing a copy in a separate envelope, with postage fully prepaid, for only persons as indicated below and depositing each in the U.S. Mail at San Diego, California, on the date of this declaration.

> James M. Lindsay, Esq.
> Gene L. Stonebarger, Esq.
> Richard D. Lambert, Esq.
> LINDSAY & STONEBARGER
> a Professional Corporation
> 620 Coolidge Drive, Suite 225
> Folsom, CA 95630
> Attorneys for Plaintiffs

4. _____     By placing a copy in a separate Federal Express envelope, addressed to the addressee(s) named below. I am readily familiar with the practice of this firm for collection and processing of correspondence for mailing by Federal Express. Pursuant to this practice, correspondence would be deposited in the Federal Express box located at 401 West A Street, San Diego, California 92101, in the ordinary course of business on the date of this declaration.

5. _____     By transmitting the document(s) via facsimile on the date of this declaration to only those persons as indicated below and that the transmission was reported as complete and without error. The phone number of the transmitting facsimile machine is (619) 231-6710.

///
///
///
///
///
///
///
///
///
///
///
///
///

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-5108

-4-

CASE NO: 08-cv-766-LAB-NLS

NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE

1    6. xx_____By transmitting the document(s) via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below.

2    The addressee(s) is (are) as follows:

3

4         James R. Patterson, Esq.
          Cary A. Kinkead, Esq.
5         HARRISON PATTERSON & O'CONNOR
          402 West Broadway, Suite 1905
6         San Diego, CA 92101

7         Attorneys for Plaintiffs

8         I declare that I am employed by member of the bar of this court at whose direction the service was made.
9    Executed on May 5, 2008.

                                        /s/ John L'Estrange, Jr.
10                                      John H. L'Estrange
                                        jlestrange@wllawsd.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-5108

-5-

NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE