WRIGHT & L'ESTRANGE
John H. L'Estrange, Jr. (Bar No. 049594)
jlestrange@wllawsd.com
401 West A Street, Suite 2250
San Diego, CA 92101-8103
Phone: (619) 231-4844
Fax: (619) 231-6710

KELLEY DRYE & WARREN LLP
Donna L. Wilson (Bar No. 186984)
Marla H. Kanemitsu (Bar No. 220703)
Veronica D. Gray (*Pro Hac Vice*)
3050 K Street, N.W., Suite 400
Washington, DC 20007
Phone: (202) 342-8400
Fax: (202) 342-8451

Attorneys for Defendant
LERNER NEW YORK, IMPROPERLY PLEADED
AS NEW YORK & COMPANY, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK & COMPANY INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 08-cv-766-LAB-NLS<br><br>**JOINT MOTION TO AMEND BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Hon. Larry A. Burns<br>Courtroom: 9, 2nd Floor<br>[Docket No. 6]<br>Date: July 7, 2008<br>Time: 11:15 a.m.<br>Courtroom: 9<br>ORAL ARGUMENT IS NOT REQUIRED |

///

///

///

1  Plaintiff Leslie Johnson ("Plaintiff")and Defendant Lerner New York,

2  improperly pleaded as New York & Company, Inc. ("Defendant"), through counsel,

3  jointly move this Court, pursuant to Local Civil Rule 7.2 and paragraph 10 of this

4  Court's Standing Order in Civil Cases, to amend the briefing schedule for

5  Defendant's Motion to Dismiss [Docket No. 6] as follows:

6        1)    Plaintiff's Opposition shall be due on July 14, 2008; and

7        2)    Defendant's Reply shall be due on July 21, 2008.

8  There is good cause for granting this joint motion.  First, Plaintiff's counsel

9  is scheduled to be in trial on July 7, 2008.  Second, the existing schedule, as

10  determined by Local Civil Rule 7.1(e), would leave Defendant with only four days

11  to prepare its reply papers, thus causing prejudice to the Defendant.  Third, the

12  Parties agree to this amended briefing schedule.

13  The parties agree that the motion to dismiss will be submitted for decision by

14  the Court without oral argument.

15  For the reasons stated, the parties respectfully request that the Court grant

16  this joint motion.

17  A proposed order is submitted separately to the Court's chambers.

18

19  Dated:     June 10, 2008          KELLEY DRYE & WARREN LLP
                             and

20                               WRIGHT & L'ESTRANGE

21

22                               Attorneys for Defendant
                             LERNER NEW YORK,

23                               IMPROPERLY PLEADED AS NEW
                             YORK & COMPANY, INC.

24

25                               By:  /s/ John H. L'Estrange, Jr.
                             John H. L'Estrange, Jr.

26                               jlestrange@wllawsd.com

27

28

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON DC 20007    DC01/GRAYV/339859.3       - 2 -       CASE NO.:  08-cv-766-LAB-NLS

1

2    Dated:  June 10, 2008                    HARRISON PATTERSON &
                                             O'CONNOR LLP
3                                                  AND
                                             LINDSAY & STONEBARGER
4                                            Attorneys for Plaintiff
                                             LESLIE JOHNSON
5

6
                                             By:  /s/ Gene J. Stonebarger
7                                                 Gene J. Stonebarger
                                             gstonebarger@lindstonelaw.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007    DC01/GRAYV/339859.3                - 3 -        CASE NO.:  08-cv-766-LAB-NLS

## CERTIFICATE OF SERVICE

### Johnson v. New York & Company, Inc.
**U.S. District Court, Southern District, Case No. 08 CV 766 LAB NLS**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is 401 West A Street, Suite 2250, San Diego, CA 92101; and that I served the below-named persons the following documents:

**JOINT MOTION TO AMEND BRIEFING SCHEDULE FOR MOTION TO DISMISS**

in the following order:

1. ____By personally delivering copies to the person served.

2. ____By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge.

3. ____By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4. _X_ By placing a copy in a separate envelope, with postage fully prepaid, for only those persons as indicated below and depositing each in the U.S. Mail at San Diego, California, on the date of this declaration.

The addressee(s) is (are) as follows:

    James M. Lindsay, Esq.
    Gene L. Stonebarger, Esq.
    Richard D. Lambert, Esq.
    LINDSAY & STONEBARGER
    a Professional Corporation
    620 Coolidge Drive, Suite 225
    Folsom, CA 95630

    Attorneys for Plaintiffs

5. ___ By placing a copy in a separate Federal Express envelope, addressed to the addressee(s) named below. I am readily familiar with t he practice of this firm for the collection and processing of correspondence for mailing by Federal Express. Pursuant to this practice, correspondence would be deposited in the Federal Express box located at 401 West A Street, Suite 2250, San Diego, California 92101, in the ordinary course of business on the date of this declaration.

6. ____By transmitting the document(s) via facsimile on the date of this declaration to only those persons as indicated below and that the transmission facsimile machine is (619) 231-6710.

///

///

7.  _X_ By transmitting the document(s) via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below.

The addressee(s) is (are) as follows:

> James R. Patterson, Esq.
> Cary A. Kinkead, Esq.
> HARRISON PATTERSON & O'CONNOR
> 402 West Broadway, Suite 1905
> San Diego, CA  92101
>
> Attorneys for Plaintiffs

I declare that I am a member of the bar of this court at whose direction the service was made.  Executed on June 10, 2008.

/s/ John H. L'Estrange, Jr.

- 2 -