# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LERNER NEW YORK, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 08-cv-766-LAB-NLS<br><br>**ORDER GRANTING IN PART JOINT MOTION TO AMEND BRIEFING SCHEDULE FOR MOTION TO DISMISS; AND**<br><br>**ORDER AMENDING CAPTION** |

For good cause shown, the joint motion of Plaintiff Leslie Johnson ("Plaintiff") and Defendant Lerner New York, improperly plead as New York & Company Inc. ("Defendant"), to continue the hearing date and to amend the briefing schedule for the Defendant's Motion to Dismiss [Docket No. 6] is **GRANTED IN PART**. Plaintiff shall file and serve its opposition papers to Defendant's Motion to Dismiss no later than **July 14, 2008**; and Defendant shall file and serve its reply papers no later than **July 21, 2008**.

Rather than being taken off calendar at this time as requested by the parties, the hearing date on this motion shall be continued to **Monday, July 28, 2008 at 11:15 a.m.** If deemed appropriate following the filing of all briefing, the hearing may be taken off calendar pursuant to Civil Local Rule 7.1(d)(1).

As jointly pointed out by the parties, Defendant's correct name is actually Lerner New York. The caption is therefore **AMENDED** to reflect the corrected name. The Clerk shall correct the docket to reflect this change.

Dated:        6-12-08

**IT IS SO ORDERED**:

_____
**The Honorable Larry Alan Burns
Judge of the District Court**