WRIGHT & L'ESTRANGE
John H. L'Estrange, Jr. (Bar No. 049594)
jlestrange@wllawsd.com
401 West A Street, Suite 2250
San Diego, CA 92101-8103
Phone: (619) 231-4844
Fax: (619) 231-6710

KELLEY DRYE & WARREN LLP
Donna L. Wilson (Bar No. 186984)
Marla H. Kanemitsu (Bar No. 220703)
Veronica D. Gray (*Pro Hac Vice*)
3050 K Street, N.W., Suite 400
Washington, DC 20007
Phone: (202) 342-8400
Fax: (202) 342-8451

Attorneys for Defendant
LERNER NEW YORK, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>LERNER NEW YORK, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO.: 08-cv-766-LAB-NLS<br><br>**JOINT MOTION TO AMEND CASE CAPTION**<br><br>Judge: Hon. Larry A. Burns<br>Courtroom: 9, 2nd Floor<br><br>ORAL ARGUMENT IS NOT REQUIRED |

Plaintiff Leslie Johnson ("Plaintiff") and Defendant Lerner New York, Inc. ("Defendant"), through counsel, jointly move this Court to amend the case caption to change the name of the Defendant from "Lerner New York" to "Lerner New

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-

Joint Motion to Amend Case Caption
DC01/GRAYV/344660.2

- 1 -

CASE NO.: 08-cv-766-LAB-NLS

1  York, Inc.," which is the proper name of the Defendant.

2      The Parties agree to the change in the case caption.

3      For the reasons stated, the parties respectfully request that the Court grant
4  this joint motion.

5      A proposed order is submitted separately to the Court's chambers.

6  Dated:     July 14, 2008          KELLEY DRYE & WARREN LLP
7                                              and
8                                    WRIGHT & L'ESTRANGE

9                                    Attorneys for Defendant
10                                   LERNER NEW YORK, INC.

11                                   By:  /s/ John H. L'Estrange, Jr
12                                         John H. L'Estrange, Jr.
                                           jlestrange@wllawsd.com
13
14  Dated:     July 14, 2008          HARRISON PATTERSON &
                                      O'CONNOR LLP
15                                              and
                                     LINDSAY & STONEBARGER
16

17                                   Attorneys for Plaintiff
                                     LESLIE JOHNSON
18

19                                   By:  /s/ Gene J. Stonebarger
                                          Gene J. Stonebarger
20                                        gstonebarger@lindstonelaw.com

21

22

23

24

25

26

27

28

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR, SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007

Joint Motion to Amend Case Caption
DC01/GRAYV/344660.2

- 2 -

CASE NO.: 08-cv-766-LAB-NLS

# CERTIFICATE OF SERVICE

**Johnson v. New York & Company, Inc.**
U.S. District Court, Southern District, Case No. 08 CV 766 LAB NLS

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is 401 West A Street, Suite 2250, San Diego, CA 92101; and that I served the below-named persons the following documents:

**JOINT MOTION TO AMEND CASE CAPTION**

X    By transmitting the document(s) via Notice of Electronic Filing through CM/ECF on the    date of this declaration to those persons as indicated below.

The addressee(s) is (are) as follows:

    Gene L. Stonebarger, Esq.
    Richard D. Lambert, Esq.
    LINDSAY & STONEBARGER
    a Professional Corporation
    620 Coolidge Drive, Suite 225
    Folsom, CA 95630
    Attorneys for Plaintiffs

    James R. Patterson, Esq.
    Cary A. Kinkead, Esq.
    HARRISON PATTERSON & O'CONNOR
    402 West Broadway, Suite 1905
    San Diego, CA 92101

    Attorneys for Plaintiffs

I declare that I am a member of the bar of this court at whose direction the service was made. Executed on July 14, 2008.

                    /s/ John H. L'Estrange, Jr.