1  James M. Lindsay, State Bar No. 164758
   Gene J. Stonebarger, State Bar No. 209461
2  LINDSAY & STONEBARGER
   A Professional Corporation
3  620 Coolidge Drive, Suite 225
   Folsom, CA 95630
4  Telephone: (916) 294-0002
   Facsimile: (916) 294-0012
5
   James R. Patterson, State Bar No. 211102
6  Harry W. Harrison, State Bar No. 211141
   HARRISON PATTERSON & O'CONNOR LLP
7  402 West Broadway, 29th Floor
   San Diego, CA 92101
8  Telephone:  (619) 756-6990
   Facsimile:  (619) 756-6991
9
   Attorneys for Plaintiff and the Class
10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated, | CASE NO.: 08-CV-766-LAB-NLS |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | Date:  July 28, 2008<br>Time:  11:15 a.m.<br>Judge: Hon. Larry A. Burns |
| LERNER NEW YORK, a Delaware corporation; and DOES 1 through 50, inclusive, | Courtroom:  9, 2nd Floor |
| Defendants. | |

LINDSAY & STONEBARGER
A Professional Corporation

CERTIFICATE OF SERVICE                   CASE NO.:  08-CV-766-LAB-NLS

I am a citizen of the United States and am employed in Sacramento County. I am over the age of eighteen (18) years and not a party to this action; my business address is 620 Coolidge Drive, Suite 225, Folsom, California 95630.

On July 14, 2008, I caused the following document(s) to be served to each of the parties listed herein:

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

| | |
|---|---|
| **Veronica D. Gray**<br>Kelley Dyre & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212)808-7665<br>vgray@kelleydrye.com | **Lerner New York**<br>*(Defendant)* |
| **John H L'Estrange, Jr**<br>Wright and L'Estrange<br>401 West A Street<br>Suite 2250<br>San Diego, CA 92101<br>(619)231-4844<br>(619)231-6710 (fax)<br>jlestrange@wllawsd.com | **Lerner New York**<br>*(Defendant)* |
| **James R Patterson**<br>Harrison Patterson and O'Connor<br>402 West Broadway<br>Suite 1905<br>San Diego, CA 92101<br>(619)756-6990<br>jpatterson@hpolaw.com | **Leslie Johnson**<br>*(Plaintiff)* |

☒ **BY ELECTRONIC MAIL TRANSMISSION:** A PDF format copy of such document(s) was sent by electronic mail transmission through the CM/ECF system to each such person at the e-mail address listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Folsom, California, on July 14, 2008.

*Delene Havens*
_____
Delene Havens

---

CERTIFICATE OF SERVICE                    CASE NO.: 08-CV-766-LAB-NLS