James M. Lindsay, State Bar No. 164758
Gene J. Stonebarger, State Bar No. 209461
LINDSAY & STONEBARGER
A Professional Corporation
620 Coolidge Drive, Suite 225
Folsom, CA 95630
Telephone: (916) 294-0002
Facsimile: (916) 294-0012

James R. Patterson, State Bar No. 211102
Harry W. Harrison, State Bar No. 211141
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LERNER NEW YORK, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 08-CV-766-LAB-NLS<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF GENE J. STONEBARGER** |

NOTICE IS HEREBY GIVEN that Gene J. Stonebarger of Lindsay & Stonebarger, 620 Coolidge Drive, Suite 225, Folsom, California 95630, telephone: (916) 294-0002, facsimile: (916) 294-0012, e-mail address: gstonebarger@lindstonelaw.com, is co-counsel in this matter for plaintiff Leslie Johnson and the putative class.

All future ECF filings in this matter should also be served on Gene J. Stonebarger.

Dated: July 14, 2008

LINDSAY & STONEBARGER

HARRISON, PATTERSON & O'CONNOR

By:   s/Gene J. Stonebarger
　　　E-mail: gstonebarger@lindstonelaw.com
　　　Attorneys for Plaintiff and the Class