1  James M. Lindsay, State Bar No. 164758
   Gene J. Stonebarger, State Bar No. 209461
2  LINDSAY & STONEBARGER
   A Professional Corporation
3  620 Coolidge Drive, Suite 225
   Folsom, CA 95630
4  Telephone: (916) 294-0002
   Facsimile: (916) 294-0012
5
   James R. Patterson, State Bar No. 211102
6  Harry W. Harrison, State Bar No. 211141
   Cary A. Kinkead, State Bar No. 216545
7  HARRISON PATTERSON & O'CONNOR LLP
   402 West Broadway, 29th Floor
8  San Diego, CA 92101
   Telephone: (619) 756-6990
9  Facsimile: (619) 756-6991

10 Attorneys for Plaintiff and the Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MASSEY, on behalf of herself and all others similarly situated, | CASE NO.: 08 CV 1208 JLS (CAB) |
| Plaintiff, | **CLASS ACTION** |
| vs. | **CERTIFICATE OF SERVICE** |
| COLDWATER CREEK, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

   I am a citizen of the United States and am employed in Sacramento County. I am over the age of eighteen (18) years and not a party to this action; my business address is 620 Coolidge Drive, Suite 225, Folsom, California 95630.

   On July 14, 2008, I caused the following document(s) to be served to each of the parties listed herein:

**NOTICE OF APPEARANCE OF GENE J. STONEBARGER**

---

CERTIFICATE OF SERVICE    1    CASE NO.: 08 CV 1208 JLS (CAB)

| | |
|---|---|
| **Peter J Brann**<br>Brann and Isaacson<br>184 Main Street<br>PO Box 3070<br>Lewiston, ME 04243-3070<br>(207)786-3566<br>pbrann@brannlaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |
| **William N Kammer**<br>Solomon Ward Seidenwurm & Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>(619)231-0303<br>(619) 615-7909 (fax)<br>wkammer@swsslaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |
| **James R Patterson**<br>Harrison Patterson & O'Connor<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>(619)756-6990<br>jpatterson@hpolaw.com | **Susan E. Massey**<br>*(Plaintiff)* |
| **Alison Lee Pivonka**<br>Solomon Ward Seidenwurm & Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>(619)238-4827<br>(619)615-7927 (fax)<br>apivonka@swsslaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |
| **Stacy O Stitham**<br>Brann and Isaacson<br>184 Main Street<br>PO Box 3070<br>Lewiston, ME 04243-3070<br>(207)786-3566<br>sstitham@brannlaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |

☒ **BY ELECTRONIC MAIL TRANSMISSION:** A PDF format copy of such document(s) was sent by electronic mail transmission through the CM/ECF system to each such person at the e-mail address listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Folsom, California, on July 14, 2008.

_Delene Havens_
Delene Havens