```
 1  WRIGHT & L'ESTRANGE
 2  John H. L'Estrange, Jr. (Bar No. 049594)
    jlestrange@wllawsd.com
 3  401 West A Street, Suite 2250
 4  San Diego, CA 92101-8103
    Phone (619) 231-4844
 5  Fax   (619) 231-6710

 6
    KELLEY DRYE & WARREN LLP
 7  Donna L. Wilson (Bar No. 186984)
    Marla H. Kanemitsu (Bar No. 220703)
 8  Veronica D. Gray (Pro Hac Vice)
    3050 K Street, N.W., Suite 400
 9  Washington, D.C. 20007
10  Phone (202) 342-8400
    Fax (202) 342-8451
11
    Attorneys for Defendant
12  LERNER NEW YORK, INC.
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LERNER NEW YORK, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 08-cv-766-LAB-NLS<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE**<br><br>Date:       July 28, 2008<br>Time:      11:15 a.m.<br>Courtroom:       9 |

PLEASE TAKE NOTICE that on July 28, 2008 at 11:15 a.m. in Courtroom No. 9 of the above-entitled Court located at 940 Front Street, San Diego, CA 92101-8900, Defendant Lerner New York, Inc., will and does move this Court:

1. Pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the second cause of action on the grounds that Plaintiff lacks standing and/or has failed to state a cause of action upon which relief can be granted under California Business and Professions Code section 17200 because Plaintiff fails to allege a legally cognizable injury in fact.

2. Pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the third cause of action on the ground that Plaintiff lacks standing and/or has failed to state a cause of action upon which relief can be granted under Article I, Section 1 of the California Constitution because the Complaint fails to allege (a) a legally cognizable injury in fact; and (b) a "serious" invasion of a reasonable expectation of privacy.

3. Alternatively, pursuant to Federal Rules of Civil Procedure 12(f) and 23(d), to strike the class allegations with respect to the second and third causes of action on the ground that the putative class is overbroad.

This motion will be based on the amended notice of motion, motion, the memorandum of points and authorities, and arguments that will be made at the hearing.

WRIGHT & L'ESTRANGE
And
KELLEY DRYE & WARREN LLP
Attorneys for Defendant
LERNER NEW YORK, INC.

DATED: July 21, 2008

By: s/ John H. L'Estrange, Jr.
John H. L'Estrange, Jr.
jlestrange@wllawsd.com

## CERTIFICATE OF SERVICE

### LESLIE JOHNSON v. LERNER NEW YORK, et al.

U.S. District Court, Southern District, Case No.: 3:08-cv-00766-LAB-NLS

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is 401 West A Street, Suite 2250, San Diego, California 92101; and that I served the below-named persons the following documents:

**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TO STRIKE**

in the following manner:

1. \_\_\_\_\_   By personally delivering copies to the person served.

2. \_\_\_\_\_   By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge.

3. \_\_\_\_\_   By placing a copy in a separate envelope, with postage fully prepaid, for only persons as indicated below and depositing each in the U.S. Mail at San Diego, California, on the date of this declaration.

4. \_\_\_\_\_   By placing a copy in a separate Federal Express envelope, addressed to the addressee(s) named below. I am readily familiar with the practice of this firm for collection and processing of correspondence for mailing by Federal Express. Pursuant to this practice, correspondence would be deposited in the Federal Express box located at 401 West A Street, San Diego, California 92101, in the ordinary course of business on the date of this declaration.

5. \_\_\_\_\_   By transmitting the document(s) via facsimile on the date of this declaration to only those persons as indicated below and that the transmission was reported as complete and without error. The phone number of the transmitting facsimile machine is (619) 231-6710.

6. X\_\_\_\_\_   By transmitting the document(s) via Notice of Electronic Filing through CM/ECF on the date of this declaration to those persons as indicated below.

The addressee(s) is (are) as follows:

| | |
|---|---|
| James M. Lindsay, Esq. | James R. Patterson, Esq. |
| Gene L. Stonebarger, Esq. | Cary A. Kinkead, Esq. |
| Richard D. Lambert, Esq. | HARRISON PATTERSON & O'CONNOR |
| LINDSAY & STONEBARGER | 402 West Broadway, Suite 1905 |
| A Professional Corporation | San Diego, CA 92101 |
| 620 Coolidge Drive, Suite 225 | *Attorneys for Plaintiffs* |
| Folsom, CA 95630 | |
| *Attorneys for Plaintiffs* | |

I declare that I am employed by member of the bar of this court at whose direction the service was made. Executed on July 21, 2008.

s/*John H. L'Estrange, Jr.*
jlestrange@wllawsd.com