## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Johnson v. New York & Co.         <u>Case No</u>: 08cv0766-LAB (NLS)

<u>HON.</u> Larry A. Burns         CT. DEPUTY         Rptr.

<u>Present</u>

<u>Plaintiff(s)</u>:     No appearance.

<u>Defendant(s)</u>:     No appearance.

    Currently on calendar for Monday, July 28, 2008 at 11:15 a.m. is a hearing on Defendant's motion to dismiss or to strike. The hearing will remain on calendar as scheduled, but the parties are directed to prepare to address only the issue of whether class action allegations should be stricken, and if they are stricken, whether the remaining amount in controversy is sufficient to support the Court's exercise of jurisdiction.

DATED: July 23, 2008

**IT IS SO ORDERED**.

*[signature]*
**Honorable Larry Alan Burns**
United States District Judge