James M. Lindsay, State Bar No. 164758
Gene J. Stonebarger, State Bar No. 209461
LINDSAY & STONEBARGER
A Professional Corporation
620 Coolidge Drive, Suite 225
Folsom, CA 95630
Telephone: (916) 294-0002
Facsimile: (916) 294-0012

James R. Patterson, State Bar No. 211102
Harry W. Harrison, State Bar No. 211141
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LERNER NEW YORK, a Delaware corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: 08-CV-766-LAB-NLS <br><br> **CLASS ACTION** <br><br> **CERTIFICATE OF SERVICE** |

1  I am a citizen of the United States and am employed in Sacramento County. I am over
2 the age of eighteen (18) years and not a party to this action; my business address is 620 Coolidge
3 Drive, Suite 225, Folsom, California 95630.
4  On August 11, 2008, I caused the following document(s) to be served to each of the
5 parties listed herein:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REMAND TO SUPERIOR COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

| | |
|---|---|
| **Veronica D. Gray**<br>Kelley Dyre & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212)808-7665<br>vgray@kelleydrye.com | **Lerner New York**<br>*(Defendant)* |
| **John H L'Estrange, Jr**<br>Wright and L'Estrange<br>401 West A Street, Suite 2250<br>San Diego, CA 92101<br>(619)231-4844<br>(619)231-6710 (fax)<br>jlestrange@wllawsd.com | **Lerner New York**<br>*(Defendant)* |
| **James R Patterson**<br>Harrison Patterson & O'Connor<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>(619)756-6990<br>jpatterson@hpolaw.com | **Leslie Johnson**<br>*(Plaintiff)* |

☒  **BY ELECTRONIC MAIL TRANSMISSION:** A PDF format copy of such document(s) was sent by electronic mail transmission through the CM/ECF system to each such person at the e-mail address listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Folsom, California, on August 11, 2008.

*Delene Havens*
Delene Havens

LINDSAY & STONEBARGER
A Professional Corporation