WRIGHT & L'ESTRANGE
John H. L'Estrange, Jr. (Bar No. 049594)
jlestrange@wllawsd.com
401 West A Street, Suite 2250
San Diego, CA 92101-8103
Phone (619) 231-4844
Fax    (619) 231-6710

KELLEY DRYE & WARREN LLP
Donna L. Wilson (Bar No. 186984)
Marla H. Kanemitsu (Bar No. 220703)
Veronica D. Gray (*Pro Hac Vice*)
3050 K Street, NW, Suite 400
Washington, DC 20007
Phone (202) 342-8400
Fax (202) 342-8451

Attorneys for Defendant
LERNER NEW YORK, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated, | CASE NO.: 08-CV-766-LAB-NLS |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| NEW YORK & COMPANY INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the cause; I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: 401 West A Street, Suite 2250, San Diego, California 92101.

On August 11, 2008, I caused to be served the following document(s):

///

CERTIFICATE OF SERVICE                    CASE NO. 3:08-CV-00766-LAB-NLS

1.    **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MEMORANDUM IN SUPPORT OF DISMISSAL OF COUNT I OR, IN THE ALTERNATIVE, STRIKING OF THE CLASS ALLEGATIONS**

2.    **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISMISSAL OF COUNT I OR, IN THE ALTERNATIVE, STRIKING OF THE CLASS ALLEGATIONS**

X    **BY ELECTRONIC MAIL TRANSMISSION.** By transmitting the document(s) via Notice of Electronic Filing through CM/ECF on August 11, 2008:

| | |
|---|---|
| James M. Lindsay, Esq.<br>Gene J. Stonebarger, Esq.<br>Richard D. Lambert, Esq.<br>LINDSAY & STONEBARGER<br>a Professional Corporation<br>620 Coolidge Drive, Suite 225<br>Folsom, CA 95630<br>jstonebarger@lindstonelaw.com<br>Attorneys for Plaintiffs | James R. Patterson, Esq.<br>Cary A. Kinkead, Esq.<br>HARRISON PATTERSON & O'CONNOR<br>402 West Broadway, Suite 1905<br>San Diego, CA 92101<br>jpatterson@hpolaw.com<br>Attorneys for Plaintiffs |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 11, 2008 at San Diego, California.

Terry E. Dumas

///

///

///

///

CERTIFICATE OF SERVICE