WRIGHT & L'ESTRANGE
John H. L'Estrange, Jr. (Bar No. 049594)
jlestrange@wllawsd.com
401 West A Street, Suite 2250
San Diego, CA 92101-8103
Phone: (619) 231-4844
Fax: (619) 231-6710

KELLEY DRYE & WARREN LLP
Donna L. Wilson (Bar No. 186984)
Marla H. Kanemitsu (Bar No. 220703)
Veronica D. Gray (*Pro Hac Vice*)
3050 K Street, N.W., Suite 400
Washington, DC 20007
Phone: (202) 342-8400
Fax: (202) 342-8451

Attorneys for Defendant
LERNER NEW YORK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LERNER NEW YORK, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 08-cv-766-LAB-NLS<br><br>**JOINT MOTION TO STAY FOR PURPOSES OF SETTLEMENT**<br><br>Judge: Hon. Larry A. Burns<br>Courtroom: 9, 2nd Floor<br><br>ORAL ARGUMENT IS NOT REQUIRED |

///

///

///

1  Plaintiff Leslie Johnson ("Plaintiff") and Defendant Lerner New York, Inc. ("Defendant"), through counsel, jointly move this Court for a forty-five (45) day stay of proceedings to give the parties an opportunity to explore settlement. The parties have engaged in preliminary settlement discussions and request a stay to allow them to determine if a settlement can be reached bringing this litigation to a successful conclusion. As part of the stay, the parties request adjournment of the current briefing schedule on pending motions and of the September 8, 2008 hearing currently scheduled on those motions. The parties will submit a joint status report on the settlement status on or before September 30, 2008.

For the reasons stated, the parties respectfully request that the Court grant this joint motion.

A proposed order is submitted via e-mail to the Court's chambers.

Dated: August 22, 2008

KELLEY DRYE & WARREN LLP
and
WRIGHT & L'ESTRANGE

Attorneys for Defendant
LERNER NEW YORK, INC.

By: /s/ John H. L'Estrange, Jr.
John H. L'Estrange, Jr.
jlestrange@wllawsd.com

Dated: August 22, 2008

HARRISON PATTERSON & O'CONNOR LLP  AND
LINDSAY & STONEBARGER
Attorneys for Plaintiff
LESLIE JOHNSON

By: /s/ Gene J. Stonebarger
Gene J. Stonebarger
gstonebarger@lindstonelaw.com

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007-5108

DC01/WILSDO/349731.1

- 2 -

CASE NO.: 08-cv-766-LAB-NLS