# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JOHNSON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LERNER NEW YORK, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 08cv0766-LAB (NLS)<br><br>**ORDER STAYING PROCEEDINGS** |

For good cause shown, the joint motion of Plaintiff Leslie Johnson and Defendant Lerner New York, Inc. for a stay is **GRANTED .**  All proceedings in the case are **STAYED** until October 6, 2008 to give the parties an opportunity to explore settlement. The briefing schedule and hearing set in the Court's order of July 31, 2008 (Docket no. 16) are **VACATED** but will be reset if necessary following expiration of the stay.

The parties are **ORDERED** to file a joint status report no later than **September 30, 2008.**

**IT IS SO ORDERED**.

DATED: August 22, 2008

*Larry A. Burns*
_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge